## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Jeffrey A Marcus
Patricia A Marcus

Debtor(s)

Case No.: 12-16982
Chapter: 13

Judge LaShonda A. Hunt

## NOTICE OF MOTION

TO:   John H. Redfield, Attorney for Debtor(s), 135 S. LaSalle Street Suite 3705, Chicago, IL 60603 by electronic notice through ECF
Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 5/14/18, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge LaShonda A. Hunt, Bankruptcy Judge, in the courtroom usually occupied by him/her at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, room 719, or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on May 4, 2018.

/s/ Peter C. Bastianen
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-29394)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 4, 2018.

John H. Redfield, Attorney for Debtor(s), 135 S. LaSalle Street Suite 3705 , Chicago, IL 60603 by electronic notice through ECF
Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF

                                                              /s/ Peter C. Bastianen
                                                              Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-11-29394)**

NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Jeffrey A Marcus
Patricia A Marcus,

Debtor(s)

Case No.: 12-16982
Chapter:　13

Judge LaShonda A. Hunt

## MOTION TO EXTEND TIME

**NOW COMES** Rushmore Loan Management Services, LLC, (hereinafter "Rushmore"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to Debtors' Objection to Response to Notice of Final Cure Payment, and in support thereof states as follows:

1. On April 27, 2018, a scheduling order was entered requiring Rushmore to file a Response to Debtors' Objection to Response to Notice of Final Cure Payment on or before May 7, 2018;

2. Debtors' Objection pertains to a Response to Notice of Final Cure filed by the prior servicer of the subject mortgage loan – Ocwen Home Loan Servicing, LLC;

3. Debtors' Objection alleges that the Response to Notice of Final Cure Payment was incorrect due to a modification of the mortgage loan that was offered by the prior servicer – Ocwen Home Loan Servicing, LLC – and accepted by the Debtor;

4. Rushmore only recently retained undersigned counsel on this matter, and requires additional time to investigate the allegations made in Debtors' Objection before it can properly respond;

**WHEREFORE,** Rushmore Loan Management Services, LLC prays this Court enter an Order pursuant to Fed. R. Bankr. P. 9006(b) extending the time to respond to Debtor's Objection to Response to Notice of Final Cure to June 11, 2018, and for such other and further relief as this Court may deem just and proper.

Dated this May 4, 2018.

    Respectfully Submitted,
    Codilis & Associates, P.C.

    By: /s/ Peter C. Bastianen

    Berton J. Maley ARDC#6209399
    Rachael A. Stokas ARDC#6276349
    Gloria C. Tsotsos ARDC#6274279
    Jose G. Moreno ARDC#6229900
    Peter C. Bastianen ARDC#6244346
    Joel P. Fonferko ARDC#6276490
    **Codilis & Associates, P.C.**
    15W030 North Frontage Road, Suite 100
    Burr Ridge, IL 60527
    (630) 794-5300
    **C&A FILE (14-11-29394)**

NOTE: This law firm is a debt collector.